1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  Mail: PO Box 262490
   San Diego, CA 92196-2490
4  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7  RICHARD MORIN (SBN: 285275)
   legal@rickmorin.net
8  LAW OFFICE OF RICK MORIN, PC
   555 Capitol Mall, Suite 750
9  Sacramento, CA 95814-4508
   Telephone: (916) 333-2222
10 Facsimile: (916) 273-8956
   Attorney for Defendants
11 Hossein Banejad, Ruth Banejad, Hani Haddad and Nadia Haddad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> Plaintiff, <br><br> v. <br><br> HOSSEIN BANEJAD, in individual and representative capacity as trustee of the Banejad Trust Dated 7/15/15; RUTH BANEJAD, in individual and representative capacity as trustee of the Banejad Trust Dated 7/15/15; HANI HADDAD, in individual and representative capacity as trustee of the Hadad Trust Agreement Dated May 21, 1993; NADIA HADDAD, in individual and representative capacity as trustee of the Hadad Trust Agreement Dated May 21, 1993; and Does 1-10, <br><br> Defendants. | Case No.: 3:19-CV-02412-JCS <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 5, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
_____ Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: September 5, 2019    LAW OFFICE OF RICK MORIN, PC

By: /s/ Richard Morin
Richard Morin
Attorneys for Defendants
Hossein Banejad, Ruth Banejad, Hani Haddad and Nadia Haddad

Dated: 9/6/19



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Hossein Banejad, Ruth Banejad, Hani Haddad and Nadia Haddad, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 5, 2019  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
_____ Amanda Lockhart Seabock
Attorneys for Plaintiff